

# Missouri Court of Appeals
## Southern District

**JUNE 3, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33302

        Re:     STATE OF MISSOURI,
                Plaintiff-Respondent,
                vs.
                DANIEL D. HARTMAN,
                Defendant-Appellant.